## Hammond *v.* Louisville & Nashville R. R. Co.

*Action for Damages.*

(Decided Dec. 20, 1905, 39 So. Rep. 736.)

APPEAL from Cullman Circuit Court.
Heard before Hon. O. C. KYLE.

BROWN & HIPP, for appellant.

J. M. FALKNER and GEO. E. PARKER, for appellee.

HARALSON, J.—The appeal in this case is dismissed on the authority of *Kidd v. Burke,* 124 Ala. 625; 30 So. Rep. 241 and *Ex parte State ex rel Attorney General,* 142 Ala. 87; 30 So. Rep. 825.

TYSON, DOWDELL, SIMPSON and DENSON, JJ., concur.

---

## Ingram & Goodwin *v.* Gill.

*Bill to Enforce Material Man's Lien.*

(Decided Dec. 21, 1905, 39 So. Rep. 736.)

APPEAL from Bessemer City Court.
Heard before Hon. WILLIAM JACKSON.

J. A. ESTES, for appellant.

PINKNEY SCOTT, for appellee.

TYSON, J.—The attorneys having entered into an agreement in writing and filed in the cause to set down a plea for hearing on its sufficiency, the chancellor should not have disregarded the agreement and proceeded to hear the cause on the pleading and proof before hearing the plea.

Reversed and remanded.

SIMPSON, ANDERSON and DENSON, JJ., concur.